THE STATE *v.* LENFESTY.

APPEAL from the *Grant* Court of Common Pleas.

*Per Curiam.*—Information for refusing to swear to a list of taxables as prepared by the assessor, &c.

A motion to quash was sustained. This was correct. The information did not set out either the substance or tenor of the list to which the defendant was required to swear; nor does it contain an allegation that he had signed it. *The State* v. *Atkinson,* 8 Ind. R. 409.

The judgment is affirmed.

*J. Brownlee,* for the state.

*J. M. Harlan,* for the appellee.